| No | IP Address | GUID | P2PClient | HitDateUTC |
|---|---|---|---|---|
| 174 | 184.59.187.128 | 2D5554433313133302D476A2A657804ED7B872E7AF0 | µTorrent 3.1.3 | 6/24/12 05:00:31 PM |
| 175 | 50.51.150.41 | 2D5554433313133302D546A6AE33A90C37932451 3D301 | µTorrent 3.1.3 | 6/25/12 05:33:59 AM |
| 176 | 184.56.16.139 | 2D5554433313133302D546A3735FF5D19ECF76A1816 | µTorrent 3.1.3 | 6/25/12 02:27:06 AM |
| 177 | 184.56.20.18 | 2D5554433313133302D546ADD87D97E07A133018AB9 | µTorrent 3.1.3 | 6/26/12 12:36:13 AM |
| 178 | 184.56.20.170 | 2D5554433313133302D546A4E460F3124659BBA52C3 | µTorrent 3.1.3 | 6/26/12 01:54:12 PM |
| 179 | 99.108.64.20 | 2D4C5430046303002D51343171797 5422A79625F21 | libtorrent (Rasterbar | 6/27/12 04:36:42 AM |
| 180 | 69.81.129.209 | 2D5554433313133302D476A281B9662EACSDDF64CC1 | µTorrent 3.1.3 | 6/27/12 02:24:32 PM |
| 181 | 99.118.44.128 | 2D4C5430046303002D51343171797 5422A79625F21 | libtorrent (Rasterbar | 6/27/12 05:56:18 AM |
| 182 | 71.74.235.49 | 2D5554433313133302D546A028298F83C2C595A0 38E | µTorrent 3.1.3 | 6/30/12 11:29:12 PM |
| 183 | 72.240.79.40 | 2D5554433313133302D476A056F94F8DA78A50112FA | µTorrent 3.1.3 | 7/1/12 01:33:38 AM |
| 184 | 99.102.196.173 | 2D4C5430046303002D72655 52E3331744D4C574150 | libtorrent (Rasterbar | 7/1/12 10:20:41 PM |
| 185 | 99.42.58.186 | 2D415A3437303222D597376767843363870437059 64 | Vuze 4.7.0.2 | 7/2/12 03:44:59 AM |
| 186 | 108.73.85.131 | 2D4C54304630030 02D7265552E3331744D4C574150 | libtorrent (Rasterbar | 7/2/12 01:51:23 AM |
| 187 | 98.28.87.164 | 2D5554433313133302D6A6B62FCF2C7C16721EB08FE | µTorrent 3.1.3 | 7/3/12 12:57:14 AM |
| 188 | 24.165.132.47 | 2D5554433313133302D476A95CC541964A609549E83 | µTorrent 3.1.3 | 7/3/12 06:19:56 AM |
| 189 | 76.189.14.63 | 2D4372D362D312D2D896BD5FA506DFB1738D3DE67 | BitTorrent 7.6.1 | 7/4/12 03:58:35 AM |
| 190 | 65.25.127.221 | 2D4372D362D312D2D9469F5E3E75EEA4E56AA731F | BitTorrent 7.6.1 | 7/4/12 05:13:46 PM |
| 191 | 107.8.80.98 | 2D5554433313133302D336BEDB18F54CE884729C589 | µTorrent 3.1.3 | 7/5/12 03:50:30 PM |
| 192 | 24.93.102.204 | 2D5554433230030302D3848220 23F44125 5060AFE01 | µTorrent 2.0.0 | 7/5/12 04:46:05 AM |
| 193 | 107.9.190.34 | 2D415A3437303222D41426741387 4644C4F786A66 | Vuze 4.7.0.2 | 7/6/12 08:50:01 PM |
| 194 | 76.189.93.15 | 2D4372D362D312D2D406BBF7DE6101A744DCB8557 | BitTorrent 7.6.1 | 7/8/12 03:29:47 AM |
| 195 | 76.188.236.48 | 2D5554433313133302D476A9E5EE08E25D4792FFD38 | µTorrent 3.1.3 | 7/9/12 09:55:53 PM |
| 196 | 108.84.146.185 | 2D5554432303402D8656F13099E9935B6BD8FC89 | µTorrent 2.0.4 | 7/9/12 07:22:58 PM |
| 197 | 99.18.40.49 | 2D5554433323030 02DB06B3EA2A7F3B6556B1CCCB6 | µTorrent 3.2.0 | 7/9/12 08:18:25 PM |
| 198 | 99.42.59.68 | 2D415A3437303222D6A41727867486D78553 66B6F | Vuze 4.7.0.2 | 7/10/12 05:52:39 PM |
| 199 | 75.185.188.246 | 2D5554433323030302D9B6B76 03AA3B58B71473CDF7 | µTorrent 3.2.0 | 7/11/12 03:43:43 PM |
| 200 | 76.188.12.173 | 2D4372D362D312D2D946931E577DDD573 0BC2CA90 | BitTorrent 7.6.1 | 7/11/12 01:14:37 AM |
| 201 | 24.101.11.216 | 2D5554433313133302D476A831D20A8EF677FAD2F75 | µTorrent 3.1.3 | 7/11/12 04:08:46 AM |
| 202 | 66.61.79.55 | 2D5554433323030 02D9B6BADAA343A3B3BC7633A4B | µTorrent 3.2.0 | 7/13/12 12:16:16 AM |
| 203 | 24.52.81.199 | 2D4243030 1323992D5693102D8524412926C419BC | BitComet 1.29 | 7/15/12 12:05:38 PM |
| 204 | 75.187.152.253 | 2D4372D362D312D2D8F6AB276C16252472 582EA2A | BitTorrent 7.6.1 | 7/16/12 03:34:37 AM |
| 205 | 24.101.21.132 | 2D5554433313133302D6A6BAA5F17F9605374398 1A5 | µTorrent 3.1.3 | 7/16/12 01:56:45 AM |
| 206 | 184.59.173.14 | 2D5554433313133302D6A6B370C6D6F462271E1E7BB | µTorrent 3.1.3 | 7/19/12 03:17:09 AM |
| 207 | 24.166.115.119 | 2D5554433323030 02DB06BA1A0B27B0F675A5D5269 | µTorrent 3.2.0 | 7/22/12 02:17:46 PM |
| 208 | 99.107.176.26 | 2D5554433313133302D4D6AE55D73E5BE7119733CC | µTorrent 3.1.3 | 7/23/12 01:27:24 AM |



Exhibit B

| # | IP | Hash | Client | Date |
|---|---|---|---|---|
| 209 | 71.66.98.165 | 2D415A34373133222D30764E4B5164363459 6A47 | Vuze 4.7.1.2 | 7/25/12 02:40:12 AM |
| 210 | 50.13.90.220 | 2D5554333133302D476A534890F9072ECB26 33B4 | μTorrent 3.1.3 | 7/25/12 01:54:33 PM |
| 211 | 65.185.66.63 | 2D5554333230302DB06B14466D82CD40692 69AFE | μTorrent 3.2.0 | 7/26/12 01:18:39 AM |
| 212 | 75.185.136.73 | 2D415A34373030322D67705975606D796642 376676 | Vuze 4.7.0.2 | 7/26/12 03:08:26 PM |
| 213 | 98.180.238.197 | 2D5554333133302D476A22BC817B4AACA86 D6276 | μTorrent 3.1.3 | 7/26/12 07:24:39 PM |
| 214 | 99.46.18.95 | 4D372D362D302D2D8C686D289D6666C0D0 6B9525D | BitTorrent 7.6.0 | 7/26/12 03:23:30 AM |
| 215 | 24.140.173.83 | 2D5554333133302D546AD50A2DDB9292F43 C264C | μTorrent 3.1.3 | 7/27/12 04:51:39 AM |
| 216 | 174.100.150.213 | 2D415A34373030322D51713003064930545 7535353 | Vuze 4.7.0.2 | 7/28/12 12:39:11 AM |
| 217 | 24.140.74.245 | 2D415A34373133322D73385058 4C61684D464 D4172 | Vuze 4.7.1.3 | 7/28/12 12:58:22 AM |
| 218 | 99.135.59.166 | 2D5554333133302D476AF5E9D6F00A6769E F4908 | μTorrent 3.1.3 | 7/29/12 03:00:12 PM |
| 219 | 70.228.89.240 | 2D5554333133302D9568DAAD3A48E3E3D13 9D366 | μTorrent 3.1.2 | 7/31/12 05:02:01 AM |
| 220 | 108.240.165.39 | 4D372D362D312D2D896BB95C5DBE198C5A9 7430E | BitTorrent 7.6.1 | 7/31/12 01:32:41 AM |
| 221 | 99.130.50.0 | 2D415A34373130 2D6E73734 94B35324 9786E6 E44 | Vuze 4.7.1.0 | 8/3/12 12:01:46 AM |
| 222 | 66.61.95.70 | 2D5554323231302DB9 6226 9476A1C095328CE 71C | μTorrent 2.2.1 | 8/4/12 08:38:29 PM |
| 223 | 72.241.236.108 | 2D415A34373132 2D6 84D4B756E426D526336 4639 | Vuze 4.7.1.2 | 8/5/12 02:43:59 PM |
| 224 | 184.57.106.188 | 2D5554333133302D6A6B9E2A62F16273630E 9170 | μTorrent 3.1.3 | 8/5/12 05:41:47 AM |
| 225 | 108.230.150.9 | 4D372D362D312D2D556ADAE4DF6B84CD51 CDDA52 | BitTorrent 7.6.1 | 8/5/12 03:28:30 PM |
| 226 | 72.241.68.26 | 2D5554333133302D546A246AE3E32556 4A28 A43D | μTorrent 3.1.3 | 8/5/12 02:14:20 PM |
| 227 | 71.79.183.5 | 2D5554333133302D476A3D0E35FAB20B324 C1EE6 | μTorrent 3.1.3 | 8/8/12 04:27:18 AM |
| 228 | 98.219.150.178 | 4D372D322D302D2D7360F7F2DC3056A61DC 347E8 | BitTorrent 7.2.0 | 8/8/12 08:27:51 PM |
| 229 | 184.58.64.3 | 2D5554333133302D546ABE27F07E4759CD9 29B95 | μTorrent 3.1.3 | 8/9/12 09:34:00 AM |
| 230 | 75.19.124.224 | 2D415A34373032 2D30622 05A557A6E4C6156 4443 | Vuze 4.7.0.2 | 8/10/12 05:48:36 PM |
| 231 | 70.194.5.145 | 2D5554333133302DBF6AFB8866C950D42085 95693 | μTorrent 3.1.3 | 8/11/12 10:24:10 PM |
| 232 | 68.105.26.211 | 2D5554333133302D6A6B390C6DAFE6D53283 7060 | μTorrent 3.1.3 | 8/12/12 01:19:22 PM |
| 233 | 108.240.161.9 | 2D5554333133302D546AB397FA77D4C3250 A6F74 | μTorrent 3.1.3 | 8/12/12 05:59:10 PM |
| 234 | 24.252.248.32 | 2D5554333230302DB06B51B4D7DCA20AD67 5F504 | μTorrent 3.2.0 | 8/13/12 02:05:13 AM |
| 235 | 24.52.102.29 | 2D554D3135313430 4B682DA08B3D47FC73752 1AA | -UM15140 | 8/14/12 03:22:32 AM |
| 236 | 24.52.102.165 | 2D554D31353134304B682DA08B3D47FC737 521AA | -UM15140 | 8/14/12 11:08:11 AM |
| 237 | 70.228.72.207 | 2D5554333133023029568DAAD3A48E3E3D1 39D366 | μTorrent 3.1.2 | 8/14/12 09:23:07 PM |
| 238 | 24.93.103.192 | 2D5554323231302D2A62FDD5EE608294DF7 23AAD | μTorrent 2.2.1 | 8/14/12 09:50:54 PM |
| 239 | 107.8.29.172 | 2D5554323231302D2A625771281217466 12C FF0E | μTorrent 2.2.1 | 8/15/12 05:19:29 PM |
| 240 | 184.56.229.69 | 4D372D362D312D2D486A3432FE0EAB23AE2 52963 | BitTorrent 7.6.1 | 8/15/12 02:09:50 PM |
| 241 | 75.19.124.224 | 2D415A34373132 2D70314 654 8315A566D524 E42 | Vuze 4.7.1.2 | 8/18/12 04:20:19 AM |
| 242 | 76.190.242.138 | 2D554D31363430 2D776ACCCC103CC84E3F9B 66A4 | μTorrent Mac 1.6.4 | 8/19/12 04:16:03 AM |
| 243 | 173.190.197.79 | 2D415A34373132 2D74317A754A58545955363 066 | Vuze 4.7.1.2 | 8/19/12 02:03:43 AM |
| 244 | 70.194.3.178 | 2D5554333133302DBF6A962D225FB02FB508 A0D1 | μTorrent 3.1.3 | 8/19/12 02:04:57 PM |

| # | IP | Hash | Client | Date |
|---|---|---|---|---|
| 245 | 75.19.124.220 | 2D415A3437313227263532726E48326F567463549 | Vuze 4.7.1.2 | 8/21/12 09:33:52 AM |
| 246 | 173.189.163.39 | 2D415A3437313227D42735A4332716D444D454A45 | Vuze 4.7.1.2 | 8/21/12 01:25:29 AM |
| 247 | 98.28.92.79 | 4D372D362D312D2DE46996D376CE830E6D55D258B | BitTorrent 7.6.1 | 8/22/12 08:01:38 PM |
| 248 | 174.102.66.15 | 2D415A3435530342D655A4E5A44546776456B386A | Vuze 4.5.0.4 | 8/23/12 03:46:55 AM |
| 249 | 98.102.246.252 | 4D372D362D312D2D8896BE5DB8DBAA7E7F43D1053 | BitTorrent 7.6.1 | 8/27/12 08:00:51 AM |
| 250 | 107.9.166.250 | 4D372D362D302D2D6A6820CDE795BAE7BF126B01 | BitTorrent 7.6.0 | 8/29/12 12:45:59 PM |
| 251 | 24.29.249.201 | 2D5554333030302D53647B9DF889446lE189683B | μTorrent 3.0.0 | 8/30/12 09:50:48 PM |
| 252 | 68.75.195.7 | 2D415A343731322D735A55646E346B564769686C | Vuze 4.7.1.2 | 8/30/12 06:26:32 PM |
| 253 | 68.110.183.108 | 2D415A343731322D314E5436705738305644A434C | Vuze 4.7.1.2 | 9/2/12 09:25:37 PM |
| 254 | 99.30.164.73 | 2D55543331333002D546A3EB665A153D65C8DB2C4 | μTorrent 3.1.3 | 9/2/12 10:47:42 PM |
| 255 | 24.209.38.6 | 2D55543331333002DF96AFB3AEAB767F17427575 | μTorrent 3.1.3 | 9/2/12 02:27:22 AM |
| 256 | 108.75.252.24 | 4D372D372D302D2DFC6B5BE5BA31ECC66661E705 | BitTorrent 7.7.0 | 9/2/12 07:42:44 PM |
| 257 | 70.228.89.61 | 2D5554333132302D95682EE5BE163583187B891C | μTorrent 3.1.2 | 9/6/12 07:01:22 PM |
| 258 | 72.196.152.115 | 2D444532313130026469F5F412944287A4B734B67 | Deluge 2.1.1.0 | 9/8/12 12:54:00 PM |
| 259 | 76.190.184.26 | 2D555433323030302DEE6C16BF3EB7799C5301962A | μTorrent 3.2.0 | 9/9/12 07:05:05 PM |
| 260 | 108.73.62.32 | 2D415A3437313227071543270746D66486350303 | Vuze 4.7.1.2 | 9/10/12 03:27:23 AM |
| 261 | 99.138.9.36 | 2D415A343731322D4446427364A52736F676C6573 | Vuze 4.7.1.2 | 9/12/12 04:55:00 AM |
| 262 | 184.56.76.3 | 2D415A3435503420D566860D6570716B31397685750 | Vuze 4.5.0.4 | 9/12/12 12:12:55 AM |
| 263 | 24.210.66.142 | 2D415A343730322D62324E703063645153355526A | Vuze 4.7.0.2 | 9/13/12 09:46:01 PM |
| 264 | 108.244.228.193 | 2D415A343730322D483968456446E73346A734C4C | Vuze 4.7.0.2 | 9/14/12 09:02:44 PM |
| 265 | 65.25.63.29 | 4D372D362D312D2D4E6A1A8B0B9FFC27BB4F4F25 | BitTorrent 7.6.1 | 9/14/12 05:07:34 AM |
| 266 | 107.10.14.7 | 2D555433303030026E06430A88730CD68F526DF09 | μTorrent 3.0.0 | 9/18/12 12:55:19 PM |
| 267 | 107.48.4.170 | 4D372D372D302D2DCD26C143553BA701671379CCA | BitTorrent 7.7.0 | 9/18/12 03:50:51 PM |
| 268 | 108.73.87.135 | 2D415A34373132020C573006D67573565674567 | Vuze 4.7.1.2 | 9/18/12 09:59:27 PM |
| 269 | 98.30.194.64 | 2D55543331333002D476A729A0FCAB10F7CA48226 | μTorrent 3.1.3 | 9/23/12 06:25:52 PM |

| DossierNumber | Title | RightsOwner | FileName |
|---|---|---|---|
| S0054-000003718 | The Divide | R & D Film 1 | [ UsaBit.com ] - The.Divide.2011.LIMITED.DVDRi |
| S0054-000003668 | The Divide | R & D Film 1 | [ UsaBit.com ] - The.Divide.2011.LIMITED.DVDRi |
| S0054-000003704 | The Divide | R & D Film 1 | [ UsaBit.com ] - The.Divide.2011.LIMITED.DVDRi |
| S0054-000003706 | The Divide | R & D Film 1 | [ UsaBit.com ] - The.Divide.2011.LIMITED.DVDRi |
| S0054-000003682 | The Divide | R & D Film 1 | [ UsaBit.com ] - The.Divide.2011.LIMITED.DVDRi |
| S0054-000003668 | The Divide | R & D Film 1 | [ UsaBit.com ] - The.Divide.2011.LIMITED.DVDRi |
| S0054-000003648 | The Divide | R & D Film 1 | [ UsaBit.com ] - The.Divide.2011.LIMITED.DVDRi |
| S0054-000003638 | The Divide | R & D Film 1 | [ UsaBit.com ] - The.Divide.2011.LIMITED.DVDRi |
| S0054-000003644 | The Divide | R & D Film 1 | [ UsaBit.com ] - The.Divide.2011.LIMITED.DVDRi |
| S0054-000004166 | The Divide | R & D Film 1 | [ UsaBit.com ] - The.Divide.2011.LIMITED.DVDRi |
| S0054-000004162 | The Divide | R & D Film 1 | [ UsaBit.com ] - The.Divide.2011.LIMITED.DVDRi |
| S0054-000004136 | The Divide | R & D Film 1 | [ UsaBit.com ] - The.Divide.2011.LIMITED.DVDRi |
| S0054-000004124 | The Divide | R & D Film 1 | [ UsaBit.com ] - The.Divide.2011.LIMITED.DVDRi |
| S0054-000004128 | The Divide | R & D Film 1 | [ UsaBit.com ] - The.Divide.2011.LIMITED.DVDRi |
| S0054-000004102 | The Divide | R & D Film 1 | [ UsaBit.com ] - The.Divide.2011.LIMITED.DVDRi |
| S0054-000004096 | The Divide | R & D Film 1 | [ UsaBit.com ] - The.Divide.2011.LIMITED.DVDRi |
| S0054-000004078 | The Divide | R & D Film 1 | [ UsaBit.com ] - The.Divide.2011.LIMITED.DVDRi |
| S0054-000004062 | The Divide | R & D Film 1 | [ UsaBit.com ] - The.Divide.2011.LIMITED.DVDRi |
| S0054-000004030 | The Divide | R & D Film 1 | [ UsaBit.com ] - The.Divide.2011.LIMITED.DVDRi |
| S0054-000004044 | The Divide | R & D Film 1 | [ UsaBit.com ] - The.Divide.2011.LIMITED.DVDRi |
| S0054-000004008 | The Divide | R & D Film 1 | [ UsaBit.com ] - The.Divide.2011.LIMITED.DVDRi |
| S0054-000003966 | The Divide | R & D Film 1 | [ UsaBit.com ] - The.Divide.2011.LIMITED.DVDRi |
| S0054-000003908 | The Divide | R & D Film 1 | [ UsaBit.com ] - The.Divide.2011.LIMITED.DVDRi |
| S0054-000003914 | The Divide | R & D Film 1 | [ UsaBit.com ] - The.Divide.2011.LIMITED.DVDRi |
| S0054-000003910 | The Divide | R & D Film 1 | [ UsaBit.com ] - The.Divide.2011.LIMITED.DVDRi |
| S0054-000003876 | The Divide | R & D Film 1 | [ UsaBit.com ] - The.Divide.2011.LIMITED.DVDRi |
| S0054-000004474 | The Divide | R & D Film 1 | [ UsaBit.com ] - The.Divide.2011.LIMITED.DVDRi |
| S0054-000003856 | The Divide | R & D Film 1 | [ UsaBit.com ] - The.Divide.2011.LIMITED.DVDRi |
| S0054-000003836 | The Divide | R & D Film 1 | [ UsaBit.com ] - The.Divide.2011.LIMITED.DVDRi |
| S0054-000004440 | The Divide | R & D Film 1 | [ UsaBit.com ] - The.Divide.2011.LIMITED.DVDRi |
| S0054-000004408 | The Divide | R & D Film 1 | [ UsaBit.com ] - The.Divide.2011.LIMITED.DVDRi |
| S0054-000004392 | The Divide | R & D Film 1 | [ UsaBit.com ] - The.Divide.2011.LIMITED.DVDRi |
| S0054-000004394 | The Divide | R & D Film 1 | [ UsaBit.com ] - The.Divide.2011.LIMITED.DVDRi |
| S0054-000004332 | The Divide | R & D Film 1 | [ UsaBit.com ] - The.Divide.2011.LIMITED.DVDRi |
| S0054-000004282 | The Divide | R & D Film 1 | [ UsaBit.com ] - The.Divide.2011.LIMITED.DVDRi |
| S0054-000004274 | The Divide | R & D Film 1 | [ UsaBit.com ] - The.Divide.2011.LIMITED.DVDRi |

S0054-000004722 The Divide R & D Film 1 [ UsaBit.com ] - The.Divide.2011.LIMITED.DVDRi
S0054-000004716 The Divide R & D Film 1 [ UsaBit.com ] - The.Divide.2011.LIMITED.DVDRi
S0054-000004708 The Divide R & D Film 1 [ UsaBit.com ] - The.Divide.2011.LIMITED.DVDRi
S0054-000004696 The Divide R & D Film 1 [ UsaBit.com ] - The.Divide.2011.LIMITED.DVDRi
S0054-000004690 The Divide R & D Film 1 [ UsaBit.com ] - The.Divide.2011.LIMITED.DVDRi
S0054-000004702 The Divide R & D Film 1 [ UsaBit.com ] - The.Divide.2011.LIMITED.DVDRi
S0054-000004682 The Divide R & D Film 1 [ UsaBit.com ] - The.Divide.2011.LIMITED.DVDRi
S0054-000004672 The Divide R & D Film 1 [ UsaBit.com ] - The.Divide.2011.LIMITED.DVDRi
S0054-000004670 The Divide R & D Film 1 [ UsaBit.com ] - The.Divide.2011.LIMITED.DVDRi
S0054-000004640 The Divide R & D Film 1 [ UsaBit.com ] - The.Divide.2011.LIMITED.DVDRi
S0054-000004608 The Divide R & D Film 1 [ UsaBit.com ] - The.Divide.2011.LIMITED.DVDRi
S0054-000004610 The Divide R & D Film 1 [ UsaBit.com ] - The.Divide.2011.LIMITED.DVDRi
S0054-000004482 The Divide R & D Film 1 [ UsaBit.com ] - The.Divide.2011.LIMITED.DVDRi
S0054-000004552 The Divide R & D Film 1 [ UsaBit.com ] - The.Divide.2011.LIMITED.DVDRi
S0054-000004520 The Divide R & D Film 1 [ UsaBit.com ] - The.Divide.2011.LIMITED.DVDRi
S0054-000004492 The Divide R & D Film 1 [ UsaBit.com ] - The.Divide.2011.LIMITED.DVDRi
S0054-000004510 The Divide R & D Film 1 [ UsaBit.com ] - The.Divide.2011.LIMITED.DVDRi
S0054-000004494 The Divide R & D Film 1 [ UsaBit.com ] - The.Divide.2011.LIMITED.DVDRi
S0054-000004906 The Divide R & D Film 1 [ UsaBit.com ] - The.Divide.2011.LIMITED.DVDRi
S0054-000004894 The Divide R & D Film 1 [ UsaBit.com ] - The.Divide.2011.LIMITED.DVDRi
S0054-000004890 The Divide R & D Film 1 [ UsaBit.com ] - The.Divide.2011.LIMITED.DVDRi
S0054-000004866 The Divide R & D Film 1 [ UsaBit.com ] - The.Divide.2011.LIMITED.DVDRi
S0054-000004852 The Divide R & D Film 1 [ UsaBit.com ] - The.Divide.2011.LIMITED.DVDRi
S0054-000004846 The Divide R & D Film 1 [ UsaBit.com ] - The.Divide.2011.LIMITED.DVDRi
S0054-000004842 The Divide R & D Film 1 [ UsaBit.com ] - The.Divide.2011.LIMITED.DVDRi
S0054-000004830 The Divide R & D Film 1 [ UsaBit.com ] - The.Divide.2011.LIMITED.DVDRi
S0054-000004818 The Divide R & D Film 1 [ UsaBit.com ] - The.Divide.2011.LIMITED.DVDRi
S0054-000004814 The Divide R & D Film 1 [ UsaBit.com ] - The.Divide.2011.LIMITED.DVDRi
S0054-000004810 The Divide R & D Film 1 [ UsaBit.com ] - The.Divide.2011.LIMITED.DVDRi
S0054-000004808 The Divide R & D Film 1 [ UsaBit.com ] - The.Divide.2011.LIMITED.DVDRi
S0054-000004788 The Divide R & D Film 1 [ UsaBit.com ] - The.Divide.2011.LIMITED.DVDRi
S0054-000004792 The Divide R & D Film 1 [ UsaBit.com ] - The.Divide.2011.LIMITED.DVDRi
S0054-000004740 The Divide R & D Film 1 [ UsaBit.com ] - The.Divide.2011.LIMITED.DVDRi
S0054-000005100 The Divide R & D Film 1 [ UsaBit.com ] - The.Divide.2011.LIMITED.DVDRi
S0054-000005102 The Divide R & D Film 1 [ UsaBit.com ] - The.Divide.2011.LIMITED.DVDRi
S0054-000005096 The Divide R & D Film 1 [ UsaBit.com ] - The.Divide.2011.LIMITED.DVDRi

S0054-000000005064 The Divide R & D Film 1 [ UsaBit.com ] - The.Divide.2011.LIMITED.DVDRi
S0054-000000005070 The Divide R & D Film 1 [ UsaBit.com ] - The.Divide.2011.LIMITED.DVDRi
S0054-000000005056 The Divide R & D Film 1 [ UsaBit.com ] - The.Divide.2011.LIMITED.DVDRi
S0054-000000005052 The Divide R & D Film 1 [ UsaBit.com ] - The.Divide.2011.LIMITED.DVDRi
S0054-000000005010 The Divide R & D Film 1 [ UsaBit.com ] - The.Divide.2011.LIMITED.DVDRi
S0054-000000004966 The Divide R & D Film 1 [ UsaBit.com ] - The.Divide.2011.LIMITED.DVDRi
S0054-000000004936 The Divide R & D Film 1 [ UsaBit.com ] - The.Divide.2011.LIMITED.DVDRi
S0054-000000004942 The Divide R & D Film 1 [ UsaBit.com ] - The.Divide.2011.LIMITED.DVDRi
S0054-000000005256 The Divide R & D Film 1 [ UsaBit.com ] - The.Divide.2011.LIMITED.DVDRi
S0054-000000005254 The Divide R & D Film 1 [ UsaBit.com ] - The.Divide.2011.LIMITED.DVDRi
S0054-000000005268 The Divide R & D Film 1 [ UsaBit.com ] - The.Divide.2011.LIMITED.DVDRi
S0054-000000005258 The Divide R & D Film 1 [ UsaBit.com ] - The.Divide.2011.LIMITED.DVDRi
S0054-000000005204 The Divide R & D Film 1 [ UsaBit.com ] - The.Divide.2011.LIMITED.DVDRi
S0054-000000005184 The Divide R & D Film 1 [ UsaBit.com ] - The.Divide.2011.LIMITED.DVDRi
S0054-000000005168 The Divide R & D Film 1 [ UsaBit.com ] - The.Divide.2011.LIMITED.DVDRi
S0054-000000005158 The Divide R & D Film 1 [ UsaBit.com ] - The.Divide.2011.LIMITED.DVDRi
S0054-000000005126 The Divide R & D Film 1 [ UsaBit.com ] - The.Divide.2011.LIMITED.DVDRi
S0054-000000005134 The Divide R & D Film 1 [ UsaBit.com ] - The.Divide.2011.LIMITED.DVDRi
S0054-000000005454 The Divide R & D Film 1 [ UsaBit.com ] - The.Divide.2011.LIMITED.DVDRi
S0054-000000005446 The Divide R & D Film 1 [ UsaBit.com ] - The.Divide.2011.LIMITED.DVDRi
S0054-000000005448 The Divide R & D Film 1 [ UsaBit.com ] - The.Divide.2011.LIMITED.DVDRi
S0054-000000005410 The Divide R & D Film 1 [ UsaBit.com ] - The.Divide.2011.LIMITED.DVDRi
S0054-000000005406 The Divide R & D Film 1 [ UsaBit.com ] - The.Divide.2011.LIMITED.DVDRi
S0054-000000005400 The Divide R & D Film 1 [ UsaBit.com ] - The.Divide.2011.LIMITED.DVDRi
S0054-000000005484 The Divide R & D Film 1 [ UsaBit.com ] - The.Divide.2011.LIMITED.DVDRi

| Filehash | ISP | Region | District |
|---|---|---|---|
| SHA1: 53B29A6735B09857EF4DE98C6C1867D57C5AD74B | Road Runner | Ohio | Ohio Northern |
| SHA1: 53B29A6735B09857EF4DE98C6C1867D57C5AD74B | Road Runner | Ohio | Ohio Northern |
| SHA1: 53B29A6735B09857EF4DE98C6C1867D57C5AD74B | Frontier Communications | Ohio | Ohio Northern |
| SHA1: 53B29A6735B09857EF4DE98C6C1867D57C5AD74B | Road Runner | Ohio | Ohio Northern |
| SHA1: 53B29A6735B09857EF4DE98C6C1867D57C5AD74B | Road Runner | Ohio | Ohio Northern |
| SHA1: 53B29A6735B09857EF4DE98C6C1867D57C5AD74B | AT&T Internet Services | Ohio | Ohio Northern |
| SHA1: 53B29A6735B09857EF4DE98C6C1867D57C5AD74B | EarthLink | Ohio | Ohio Northern |
| SHA1: 53B29A6735B09857EF4DE98C6C1867D57C5AD74B | AT&T Internet Services | Ohio | Ohio Northern |
| SHA1: 53B29A6735B09857EF4DE98C6C1867D57C5AD74B | Road Runner | Ohio | Ohio Northern |
| SHA1: 53B29A6735B09857EF4DE98C6C1867D57C5AD74B | Buckeye Cablevision | Ohio | Ohio Northern |
| SHA1: 53B29A6735B09857EF4DE98C6C1867D57C5AD74B | AT&T Internet Services | Ohio | Ohio Northern |
| SHA1: 53B29A6735B09857EF4DE98C6C1867D57C5AD74B | AT&T Internet Services | Ohio | Ohio Northern |
| SHA1: 53B29A6735B09857EF4DE98C6C1867D57C5AD74B | AT&T Internet Services | Ohio | Ohio Northern |
| SHA1: 53B29A6735B09857EF4DE98C6C1867D57C5AD74B | Road Runner | Ohio | Ohio Northern |
| SHA1: 53B29A6735B09857EF4DE98C6C1867D57C5AD74B | Road Runner | Ohio | Ohio Northern |
| SHA1: 53B29A6735B09857EF4DE98C6C1867D57C5AD74B | Road Runner | Ohio | Ohio Northern |
| SHA1: 53B29A6735B09857EF4DE98C6C1867D57C5AD74B | Road Runner | Ohio | Ohio Northern |
| SHA1: 53B29A6735B09857EF4DE98C6C1867D57C5AD74B | AT&T Internet Services | Ohio | Ohio Northern |
| SHA1: 53B29A6735B09857EF4DE98C6C1867D57C5AD74B | AT&T Internet Services | Ohio | Ohio Northern |
| SHA1: 53B29A6735B09857EF4DE98C6C1867D57C5AD74B | Road Runner | Ohio | Ohio Northern |
| SHA1: 53B29A6735B09857EF4DE98C6C1867D57C5AD74B | Armstrong Cable Services | Ohio | Ohio Northern |
| SHA1: 53B29A6735B09857EF4DE98C6C1867D57C5AD74B | Road Runner | Ohio | Ohio Northern |
| SHA1: 53B29A6735B09857EF4DE98C6C1867D57C5AD74B | Buckeye Cablevision | Ohio | Ohio Northern |
| SHA1: 53B29A6735B09857EF4DE98C6C1867D57C5AD74B | Road Runner | Ohio | Ohio Northern |
| SHA1: 53B29A6735B09857EF4DE98C6C1867D57C5AD74B | Armstrong Cable Services | Ohio | Ohio Northern |
| SHA1: 53B29A6735B09857EF4DE98C6C1867D57C5AD74B | Road Runner | Ohio | Ohio Northern |
| SHA1: 53B29A6735B09857EF4DE98C6C1867D57C5AD74B | AT&T Internet Services | Ohio | Ohio Northern |

| SHA1 | Hash | ISP | State | District |
|---|---|---|---|---|
| SHA1: | 53B29A6735B09857EF4DE98C6C1867D57C5AD74B | Road Runner | Ohio | Ohio Northern |
| SHA1: | 53B29A6735B09857EF4DE98C6C1867D57C5AD74B | Clearwire Corporation | Ohio | Ohio Northern |
| SHA1: | 53B29A6735B09857EF4DE98C6C1867D57C5AD74B | Road Runner | Ohio | Ohio Northern |
| SHA1: | 53B29A6735B09857EF4DE98C6C1867D57C5AD74B | Road Runner | Ohio | Ohio Northern |
| SHA1: | 53B29A6735B09857EF4DE98C6C1867D57C5AD74B | Cox Communications | Ohio | Ohio Northern |
| SHA1: | 53B29A6735B09857EF4DE98C6C1867D57C5AD74B | AT&T Internet Services | Ohio | Ohio Northern |
| SHA1: | 53B29A6735B09857EF4DE98C6C1867D57C5AD74B | Massillon Cable Communications | Ohio | Ohio Northern |
| SHA1: | 53B29A6735B09857EF4DE98C6C1867D57C5AD74B | Road Runner | Ohio | Ohio Northern |
| SHA1: | 53B29A6735B09857EF4DE98C6C1867D57C5AD74B | Massillon Cable Communications | Ohio | Ohio Northern |
| SHA1: | 53B29A6735B09857EF4DE98C6C1867D57C5AD74B | AT&T Internet Services | Ohio | Ohio Northern |
| SHA1: | 53B29A6735B09857EF4DE98C6C1867D57C5AD74B | AT&T Internet Services | Ohio | Ohio Northern |
| SHA1: | 53B29A6735B09857EF4DE98C6C1867D57C5AD74B | AT&T Internet Services | Ohio | Ohio Northern |
| SHA1: | 53B29A6735B09857EF4DE98C6C1867D57C5AD74B | Buckeye Cablevision | Ohio | Ohio Northern |
| SHA1: | 53B29A6735B09857EF4DE98C6C1867D57C5AD74B | Road Runner | Ohio | Ohio Northern |
| SHA1: | 53B29A6735B09857EF4DE98C6C1867D57C5AD74B | AT&T Internet Services | Ohio | Ohio Northern |
| SHA1: | 53B29A6735B09857EF4DE98C6C1867D57C5AD74B | Buckeye Cablevision | Ohio | Ohio Northern |
| SHA1: | 53B29A6735B09857EF4DE98C6C1867D57C5AD74B | Road Runner | Ohio | Ohio Northern |
| SHA1: | 53B29A6735B09857EF4DE98C6C1867D57C5AD74B | Comcast Cable | Ohio | Ohio Northern |
| SHA1: | 53B29A6735B09857EF4DE98C6C1867D57C5AD74B | Road Runner | Ohio | Ohio Northern |
| SHA1: | 53B29A6735B09857EF4DE98C6C1867D57C5AD74B | AT&T Internet Services | Ohio | Ohio Northern |
| SHA1: | 53B29A6735B09857EF4DE98C6C1867D57C5AD74B | Cellco Partnership DBA Verizon Wireless | Ohio | Ohio Northern |
| SHA1: | 53B29A6735B09857EF4DE98C6C1867D57C5AD74B | Cox Communications | Ohio | Ohio Northern |
| SHA1: | 53B29A6735B09857EF4DE98C6C1867D57C5AD74B | AT&T U-verse | Ohio | Ohio Northern |
| SHA1: | 53B29A6735B09857EF4DE98C6C1867D57C5AD74B | Cox Communications | Ohio | Ohio Northern |
| SHA1: | 53B29A6735B09857EF4DE98C6C1867D57C5AD74B | Buckeye Cablevision | Ohio | Ohio Northern |
| SHA1: | 53B29A6735B09857EF4DE98C6C1867D57C5AD74B | Buckeye Cablevision | Ohio | Ohio Northern |
| SHA1: | 53B29A6735B09857EF4DE98C6C1867D57C5AD74B | Cox Communications | Ohio | Ohio Northern |
| SHA1: | 53B29A6735B09857EF4DE98C6C1867D57C5AD74B | Road Runner | Ohio | Ohio Northern |
| SHA1: | 53B29A6735B09857EF4DE98C6C1867D57C5AD74B | AT&T Internet Services | Ohio | Ohio Northern |
| SHA1: | 53B29A6735B09857EF4DE98C6C1867D57C5AD74B | Road Runner | Ohio | Ohio Northern |
| SHA1: | 53B29A6735B09857EF4DE98C6C1867D57C5AD74B | Road Runner | Ohio | Ohio Northern |
| SHA1: | 53B29A6735B09857EF4DE98C6C1867D57C5AD74B | AT&T Internet Services | Ohio | Ohio Northern |
| SHA1: | 53B29A6735B09857EF4DE98C6C1867D57C5AD74B | Road Runner | Ohio | Ohio Northern |
| SHA1: | 53B29A6735B09857EF4DE98C6C1867D57C5AD74B | Windstream Communications | Ohio | Ohio Northern |
| SHA1: | 53B29A6735B09857EF4DE98C6C1867D57C5AD74B | Cellco Partnership DBA Verizon Wireless | Ohio | Ohio Northern |

| Hash | ISP | State | District |
|---|---|---|---|
| SHA1: 53B29A6735B09857EF4DE98C6C1867D57C5AD74B | AT&T Internet Services | Ohio | Ohio Northern |
| SHA1: 53B29A6735B09857EF4DE98C6C1867D57C5AD74B | Windstream Communications | Ohio | Ohio Northern |
| SHA1: 53B29A6735B09857EF4DE98C6C1867D57C5AD74B | Road Runner | Ohio | Ohio Northern |
| SHA1: 53B29A6735B09857EF4DE98C6C1867D57C5AD74B | Road Runner | Ohio | Ohio Northern |
| SHA1: 53B29A6735B09857EF4DE98C6C1867D57C5AD74B | Road Runner | Ohio | Ohio Northern |
| SHA1: 53B29A6735B09857EF4DE98C6C1867D57C5AD74B | Road Runner | Ohio | Ohio Northern |
| SHA1: 53B29A6735B09857EF4DE98C6C1867D57C5AD74B | Road Runner | Ohio | Ohio Northern |
| SHA1: 53B29A6735B09857EF4DE98C6C1867D57C5AD74B | AT&T Internet Services | Ohio | Ohio Northern |
| SHA1: 53B29A6735B09857EF4DE98C6C1867D57C5AD74B | Cox Communications | Ohio | Ohio Northern |
| SHA1: 53B29A6735B09857EF4DE98C6C1867D57C5AD74B | AT&T Internet Services | Ohio | Ohio Northern |
| SHA1: 53B29A6735B09857EF4DE98C6C1867D57C5AD74B | Road Runner | Ohio | Ohio Northern |
| SHA1: 53B29A6735B09857EF4DE98C6C1867D57C5AD74B | AT&T Internet Services | Ohio | Ohio Northern |
| SHA1: 53B29A6735B09857EF4DE98C6C1867D57C5AD74B | AT&T Internet Services | Ohio | Ohio Northern |
| SHA1: 53B29A6735B09857EF4DE98C6C1867D57C5AD74B | Cox Communications | Ohio | Ohio Northern |
| SHA1: 53B29A6735B09857EF4DE98C6C1867D57C5AD74B | Road Runner | Ohio | Ohio Northern |
| SHA1: 53B29A6735B09857EF4DE98C6C1867D57C5AD74B | AT&T Internet Services | Ohio | Ohio Northern |
| SHA1: 53B29A6735B09857EF4DE98C6C1867D57C5AD74B | AT&T Internet Services | Ohio | Ohio Northern |
| SHA1: 53B29A6735B09857EF4DE98C6C1867D57C5AD74B | Road Runner | Ohio | Ohio Northern |
| SHA1: 53B29A6735B09857EF4DE98C6C1867D57C5AD74B | Road Runner | Ohio | Ohio Northern |
| SHA1: 53B29A6735B09857EF4DE98C6C1867D57C5AD74B | AT&T U-verse | Ohio | Ohio Northern |
| SHA1: 53B29A6735B09857EF4DE98C6C1867D57C5AD74B | Road Runner | Ohio | Ohio Northern |
| SHA1: 53B29A6735B09857EF4DE98C6C1867D57C5AD74B | Road Runner | Ohio | Ohio Northern |
| SHA1: 53B29A6735B09857EF4DE98C6C1867D57C5AD74B | Sprint PCS | Ohio | Ohio Northern |
| SHA1: 53B29A6735B09857EF4DE98C6C1867D57C5AD74B | AT&T Internet Services | Ohio | Ohio Northern |
| SHA1: 53B29A6735B09857EF4DE98C6C1867D57C5AD74B | Road Runner | Ohio | Ohio Northern |